IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| WAYNE CLARKE, Personal Representative of the Estate of **DAYTON CLARKE**, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>**AMAZON.COM, INC.,** a Foreign Corporation; **AMAZON.COM SERVICES LLC**, a Foreign Limited Liability Company; **AMAZON LOGISTICS, INC.**, a Foreign Corporation; **LEONEL HERNANDEZ-MORALES**, a Resident of Oregon; **ABEL GONZALEZ-LOPEZ**, a Resident of Nevada; **TR DELIVERY LLC**, a Foreign Limited Liability Company; and **WRXPRESS LLC**, a Foreign Limited Liability Company,<br><br>Defendants. | Case No.<br><br>**COMPLAINT**<br><br>Wrongful Death – Negligence – Negligence *Per Se* – Vicarious Liability – Negligent Supervision – Negligent Hiring – Negligent Training<br><br>Amount in Controversy: $68,519,510.00<br>Filing Fee: $1,178.00<br>Pursuant to ORS 21.160(1)(e)<br><br>(Demand for Jury Trial)<br>(Not Subject To Mandatory Arbitration) |

Plaintiff alleges:

**FIRST CLAIM FOR RELIEF**
**(Against All Defendants)**

**COUNT ONE**
**(Negligence)**

1.

At all material times hereto:

a) Defendant Amazon.com, Inc. ("AMAZON.COM") was a duly organized Delaware corporation, with a principal place of business located at 401 Terry Avenue N., city of Seattle, county of King, state of Washington, authorized to do business and doing business within the state of Oregon by providing electronic commerce ("E-COMMERCE") services, *i.e.*, the buying and selling of goods over the Internet, and directing its subsidiaries to act within the state of Oregon;



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

b) Defendant Amazon.com Services LLC ("AMAZON SERVICES") was a duly organized Delaware limited liability company, with a principal place of business located at 401 Terry Avenue N., city of Seattle, county of King, state of Washington, doing business within the state of Oregon by providing E-commerce services and distributing products purchased through those E-commerce services;

c) Defendant Amazon Logistics, Inc. ("AMAZON LOGISTICS") was a duly organized Delaware corporation, with a principal place of business located at 401 Terry Avenue N., city of Seattle, county of King, state of Washington, and was doing business within the state of Oregon as a carrier and/or transporter of shipments of goods, and a duly authorized freight-forwarder, broker, and motor carrier;

d) Defendants Amazon Logistics and Amazon Services were sister companies, each a wholly-owned subsidiary of Defendant Amazon.com, and, on information and belief, both existed exclusively to serve defendant Amazon.com. On information and belief, defendants Amazon.com, Amazon Logistics, and Amazon Services (collectively, the "AMAZON DEFENDANTS"), acted in concert in the management and operation of the Amazon defendants' logistics network;

e) The Amazon defendants, and each of them, conducted regular and sustained business activities within the county of Multnomah, state of Oregon, by engaging in the retail sale of consumer products and the operation of fulfillment centers and customer-service centers within the county of Multnomah;

f) Defendant WRXpress LLC ("WRXPRESS") was a duly organized Washington Limited Liability Company, with a principal place of business located at 201 N.E. 98th Avenue, city of Vancouver, county of Clark, state of Washington, and was doing business within the state of Oregon;

g) Defendant TRDelivery LLC ("TRDELIVERY") was a duly organized Washington limited liability company, with a principal place of business located at 201 N.E. 98th Avenue, city of Vancouver, county of Clark, state of Washington, and was doing business within the state of Oregon;

h) Defendants Amazon Logistics, WRXpress, and TRDelivery, each as a duly authorized motor carrier, were subject to the United States Department of Transportation ("USDOT") Rules and Regulations regarding the operation of commercial motor vehicles in and about the highways of the state of Oregon;

i) Defendant Leonel Hernandez-Morales was a resident of the city of Beaverton, county of Washington, state of Oregon;



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

j) At the time of the events described herein, Defendant Abel Gonzalez-Lopez was a resident of the city of Vancouver, county of Clark, state of Washington, and he is now a resident of the state of Nevada;

k) The "BOX TRUCK" driven on the date of the collision was a 2008 Freightliner M2 box truck, bearing Vehicle Identification Number 1FVACWDT28HZ57993 and Washington vehicle plate number C09649X, operated under the motor-carrier authority of defendants TRDelivery and/or WRXpress, used for commercial deliveries on behalf of the Amazon defendants, and was a "commercial motor vehicle" as defined in 49 Code of Federal Regulations ("CFR") § 390.5 and 49 United States Code ("USC") § 31132(1)(A);

l) Defendants Leonel Hernandez-Morales and Abel Gonzalez-Lopez were employed by, working for, and/or acting as agents of defendants TRDelivery, WRXpress, and/or the Amazon defendants, and they operated the Box Truck within the course and scope of that employment or agency relationship, in the furtherance of said defendants' business operations;

m) Defendants Hernandez-Morales and Gonzalez-Lopez, by their conduct and agreement, expressed or implied, engaged in a joint venture or enterprise, having a common purpose and mutual interest in completing the delivery route on behalf of defendants TRDelivery and WRXpress, and the Amazon defendants, and each of them;

n) Defendants Hernandez-Morales and Gonzalez-Lopez had an equal right to a voice in the direction and control of the Box Truck and the activities being conducted, including the ability to avoid the collision with plaintiff's decedent, particularly regarding whether to stop, investigate, or report the collision, as evidenced by their verbal argument and joint decision to continue the route and later joint decision to return to the collision scene;

o) East 24th Avenue, near milepost 1, was a duly dedicated public thoroughfare located in the city of Eugene, county of Lane, state of Oregon;

p) Wayne Clarke is the duly appointed and acting Personal Representative for the Estate of Dayton Clarke, deceased ("ESTATE"), pursuant to a Limited Judgment dated December 4, 2025, entered in the Circuit Court of the State of Oregon for the County of Multnomah, Probate Case No._25PB10527, and is a resident of the city of Victoria, province of British Columbia, country of Canada;

q) Plaintiff's decedent was a resident of the city of Victoria, province of British Columbia, country of Canada, and was twenty-one (21) years of age at the time of his death on May 13, 2023, in the city of Eugene, county of Lane, state of Oregon, with a birth date of July 18, 2001;

r) Plaintiff's decedent was survived by Wayne Clarke, father, and Sylvia Clarke, mother.



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

2.

On or about May 12, 2023, the decedent, Dayton Clarke, left his house for a night out in Eugene, Oregon. Dayton Clarke was a college student studying at the University of Oregon. Dayton Clarke began the night with his friends and later split off to go out on his own.

3.

During the course of the evening hours of May 12, 2023, and the early morning hours of May 13, 2023, Dayton Clarke consumed several alcoholic beverages. At or about 2:21 a.m. PDT on May 13, 2023, Clarke left Max's Tavern on East 13th Avenue in Eugene, near the University of Oregon campus.

4.

At or about 3:00 a.m. PDT, defendants Hernandez-Morales and Gonzalez-Lopez arrived at the Eugene Post Office located at 30 East 33rd Avenue in the Box Truck. Defendants Hernandez-Morales and Gonzalez-Lopez were in the process of delivering packages on behalf of the Amazon defendants and had last recorded a stop in the city of Hillsboro, Oregon. The Eugene Post Office recorded that the Box Truck delivered a set of pallets at or about 3:14 a.m. PDT.



*Figure 1: Photo of the Box Truck taken by Eugene Police Department and contained in a report prepared by Officer Fischer, DPSST# 56057. Bates Stamped 000016-000019.*



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

5.

Sometime between approximately 2:21 a.m. PDT and 3:46 a.m. PDT on May 13, 2023, Dayton Clarke began to cross East 24th Avenue in Eugene on his way home. At some point while crossing, Dayton Clarke came to be in center of the roadway. It is unknown how or why he would have been there.

6.

During the early morning of May 13, 2023, defendants Hernandez-Morales and Gonzalez-Lopez left the Eugene Post Office enroute to the Springfield Post Office located at 760 A Street, city of Springfield, Oregon. Defendant Gonzalez-Lopez later told officers that he was unfamiliar with the area and was looking down at either the Global Positioning System ("GPS") on the Box Truck or his cell phone to navigate.

7.

At or about 3:46 a.m. PDT, defendants Hernandez-Morales and Gonzalez-Lopez made a right turn from northbound Hilyard Street onto the eastbound lane of East 24th Avenue. The residential neighborhood road was dry, and the night was clear. The Box Truck had its headlights on.

8.

Several blocks later, at or about the intersection of East 24th Avenue and Kincaid Street, the Box Truck, operated, according to defendants Hernandez-Morales and Gonzalez-Lopez, by defendant Hernandez-Morales, approached Dayton Clarke, whom defendants Hernandez-Morales and Gonzalez-Lopez later claimed was already lying on the road not moving. Both defendants Hernandez-Morales and Gonzalez-Lopez noticed Dayton Clarke on the road prior to impacting him with the Box Truck. Defendant Hernandez-Morales later told investigators that he was unable to stop the Box Truck but would have been able to stop if he was driving a smaller vehicle.

///

///



SMITH FOSTER KING LLC
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

9.

At approximately 3:47 a.m. on May 13, 2023, defendant Hernandez-Morales drove the Box Truck over Dayton Clarke's head with the rear left tires of the Box Truck. The blunt-force trauma caused Clarke to suffer an open fracture of the skull. Defendants Hernandez-Morales and Gonzalez-Lopez felt the impact inside the Box Truck but neglected to stop. Defendant Gonzalez-Lopez described it to police investigators as a small bump in the rear driver's side of the Box Truck.

10.

Several passing motorists stopped at the scene of the collision and called for emergency assistance after noticing Dayton Clarke grievously injured and struggling to breathe, while lying in the roadway. Plaintiff's decedent was still alive when emergency services arrived, but they did not render medical assistance, given the severity of his injuries. He was pronounced dead at the scene at 4:01 a.m. PDT on May 13, 2023.

11.

After running over Dayton Clarke, defendants Hernandez-Morales and Gonzalez-Lopez proceeded to their destination in Springfield, Oregon. Along the way, they discussed what they had hit, and whether it was alive or just "a bag of garbage." Once they arrived at the post office, they unloaded their cargo. Either defendant Hernandez-Morales or defendant Gonzalez-Lopez checked the back of the vehicle. Defendants Hernandez-Morales and Gonzalez-Lopez saw hair and blood on a back mud flap of the Box Truck, prompting them to contact the owner of defendant WRXpress, Oscar Perez-Pena, rather than the police. Defendants Hernandez-Morales and Gonzalez-Lopez then began to retrace their route, arriving back at the scene of Dayton Clarke's death at around 4:51 a.m. PDT.

///

///

///



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

12.

After returning to the scene, defendants Hernandez-Morales and Gonzalez-Lopez told the police that they saw something in the road before the Box Truck struck and killed Dayton Clarke. They described what they saw, at different times, as garbage, an animal, or a person lying prone. They also stated that defendant Hernandez-Morales tried to brake, but was unable to stop in time, instead choosing to swerve the truck to the left to try to avoid the "obstruction" in the road.

13.

Investigators interviewed defendants Hernandez-Morales and Gonzalez-Lopez at the scene of the crash and afterwards. During those interviews, defendants Hernandez-Morales and Gonzalez-Lopez stated that they saw Dayton Clarke lying face-down in the road before striking him. Defendant Hernandez-Morales stated that he attempted to stop but was unable to do so given the speed he was traveling when he noticed Dayton Clarke in the road. The Box Truck displayed the name and motor-carrier number of defendant TRDelivery and defendant TRDelivery was the motor carrier listed on reports related to the collision. However, defendant WRXpress owner, Oscar Perez-Pena, directed defendants Hernandez-Morales and Gonzalez-Lopez, and told officers the Box Truck was conducting business on behalf of his company, defendant WRXpress, at the time it struck Dayton Clarke.

14.

In addition, Lane County Sheriff's Office Commercial Deputy/Weighmaster, Michael Fawver, performed an inspection of the Box Truck at the scene. Mr. Fawver noted that there were brake connections with leaks under the vehicle, and that the Box Truck carried no proof of periodic inspection as required by law.

///

///

///

///



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

15.

On information and belief, the Amazon defendants' relationship with defendants TRDelivery, WRXpress, Hernandez-Morales, and Gonzalez-Lopez, reserved to the Amazon defendants the right to control, manage, and/or supervise the manner, method, and/or procedure by which loads were to be transported on behalf of the Amazon defendants. On information and belief, the Amazon defendants' right to control included the right to dictate the time the shipment was to be picked up and delivered, the route to be taken, restrict payment, withhold taxes, require the training of drivers, and mandate the cessation of the shipment.

16.

On information and belief, the Amazon defendants do not conduct any investigation into the safety of their contracted motor carriers beyond ensuring the carrier has valid motor-carrier operating authority, insurance, a FMCSA safety rating other than "unsatisfactory," and a BASIC score slightly above the federal minimum. On information and belief, the Amazon defendants permit unrated carriers with little operating history to transport their cargo.

17.

On information and belief, the Amazon defendants, at the time of Dayton Clarke's death, were aware of systemic safety and process problems with their contracted motor carriers. In 2018, the Amazon defendants introduced a load board as a part of their "Relay" suite of software they use to manage their motor carriers ("AMAZON RELAY"). The load board provided an online platform where the Amazon defendants could post available freight that needs to be transported for carriers to view and book. On information and belief, the creation of that load board led to the creation of new motor carriers primarily to serve the Amazon defendants through listings on the Amazon Relay, often without appropriate training or qualifications.

///

///

///



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

18.

On information and belief, the Amazon defendants, through the Amazon Relay, reserved the right to exercise control beyond what is customary for a load board. On information and belief, the control, both reserved and exercised, by the Amazon defendants over their motor carriers included the right to effectively terminate employees. On information and belief, the Amazon defendants had both the right to control and exercised actual control over defendants Hernandez-Morales, Gonzalez-Lopez, WRXpress, and TRDelivery, and each of them, through their participation in the Amazon Relay and Amazon's load board.

19.

On information and belief, defendants WRXpress and TRDelivery, and the Amazon defendants, were owners or lessees of the Box Truck. Defendants TRDelivery and WRXpress, and the Amazon defendants, and each of them, employed and directed defendants Hernandez-Morales and Gonzalez-Lopez in the driving of the Box Truck. On information and belief, the Amazon defendants utilized technology that enabled both the Amazon defendants and defendants WRXpress and TRDelivery to actively and continuously monitor defendants Hernandez-Morales and Gonzalez-Lopez. On information and belief, defendants WRXpress and TRDelivery, and the Amazon defendants, pressured drivers to operate vehicles to meet strict timelines in a manner that they knew or, in the exercise of reasonable care, should have known, would result in violations of the rules of the road and the principles of safe operation of large commercial vehicles. Consequently, defendants WRXpress, TRDelivery, and the Amazon defendants, and each of them, are vicariously liable, as a matter of law, for the acts and/or omissions of defendants Hernandez-Morales and Gonzalez-Lopez, in one or more of the ways set forth herein, under ORS 811.255.

///

///

///

///



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

20.

Defendants Hernandez-Morales and Gonzalez-Lopez, and each of them, acting within the course and scope of their employment and/or agency relationships with defendants TRDelivery, WRXpress, and the Amazon defendants, and each of them, and in furtherance of the business of said defendants, and each of them, were negligent in one or more of the following particulars:

a) In failing to maintain reasonable control over the Box Truck;

b) In driving recklessly and in a manner likely to endanger human life, and which in fact did endanger human life;

c) In operating the Box Truck at a speed greater than was reasonable and prudent considering the conditions then and there existing;

d) In failing to maintain a proper lookout, which proper lookout would have revealed Dayton Clarke lying in the road;

e) In failing to properly inspect and/or maintain the Box Truck, including the brake connections;

f) In failing to brake promptly;

g) In failing to attempt to avoid the collision;

h) In failing to remain alert while operating the Box Truck;

i) In driving while inattentive and/or distracted;

j) In maintaining the Box Truck such that it did not adequately light the road to permit the drivers to see pedestrians in general before striking them, and plaintiff's decedent, in particular;

k) In acting with conscious disregard for the safety of others on the roadway, in general, and Dayton Clarke, in particular, in light of the conditions then and there existing;

l) In failing to know the distance and time required to stop the Box Truck;

m) In failing to sound the Box Truck's horn;

o) In leaving the scene after hearing the sound of something being struck by the Box Truck;



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

p) In failing to immediately stop and investigate both the Box Truck and the scene after hearing the sound of something being struck.

21.

The negligent conduct of defendants Hernandez-Morales and Gonzalez-Lopez, acting as employees and/or agents on behalf of defendants TRDelivery, WRXpress, and the Amazon defendants, and each of them, created a reasonably foreseeable and unreasonably dangerous risk of harm that they would strike a pedestrian in general, and Dayton Clarke, in particular, and thereby cause severe injury or death.

22.

The risk of severe injury or death is of a kind that the law protects against negligent invasion.

23.

Dayton Clarke, as a pedestrian, was within the class of people that the law protects from severe injury or death due to the negligence of motorists.

24.

At all material times, defendants Hernandez-Morales and Gonzalez-Lopez were acting within the course and scope of their employment and/or agency relationships with defendants TRDelivery, WRXpress, and the Amazon defendants, and each of them, and in furtherance of the business of said defendants, and each of them. As such, defendants TRDelivery, WRXpress, and the Amazon defendants, and each of them, are each vicariously liable for the negligence of defendants Hernandez-Morales and Gonzalez-Lopez.

25.

The negligent conduct of all defendants, in one or more of the particulars set forth herein, was a substantial factor in causing Dayton Clarke's harm: the blunt-force trauma of a large box truck running over his skull, killing him.

///



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

26.

The aforementioned injury led directly to Dayton Clarke's death on May 13, 2023.

27.

The negligence, fault, and/or liability of all defendants, and each of them, in one or more of the particulars set forth herein, was a substantial factor in causing Dayton Clarke to incur pain and suffering during the minutes between the injuries he suffered and his death, thereby entitling the Estate to a reasonable award of noneconomic damages in an amount to be determined by the jury, not to exceed the sum of $5,000,000.00.

28.

The negligence, fault, and/or liability of all defendants, and each of them, in one or more of the particulars set forth herein, was a substantial factor in causing the following beneficiaries of the Estate: Sylvia Clarke, mother, and Wayne Clarke, father, to suffer the loss of society and companionship of their son, entitling the Estate to a reasonable award of noneconomic damages in an amount to be determined by the jury, but not to exceed the sum of $60,000,000.00.

29.

The negligence, fault, and/or liability of all defendants, and each of them, in one or more of the particulars set forth herein, was a substantial factor in causing the Estate to incur a pecuniary loss on behalf of Dayton Clarke in the approximate sum of $3,500,000.00, which represents the present value of the decedent's lost wages and/or loss of earning capacity in the future.

30.

The negligence, fault, and/or liability of all defendants, and each of them, in one or more of the particulars set forth herein, was a substantial factor in causing the Estate to incur the sum of $19,510.00, for the reasonable burial and funeral expenses of Dayton Clarke.

31.

Plaintiff is entitled to pre-judgment interest at the legal rate of 9% per annum on the Estate's economically verifiable losses from the date of loss to the date of entry of judgment herein.



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

32.

Plaintiff reserves the right to amend this complaint at the time of trial to more completely allege the Estate's pecuniary losses and/or to conform to proof offered at or before trial.

33.

Plaintiff demands a jury trial.

**COUNT TWO**
**(Negligence *Per Se*)**

34.

Plaintiff re-alleges and incorporates ¶¶1 through 33 of Count One of the First Claim for Relief as if fully set forth herein.

35.

Defendants Hernandez-Morales and Gonzalez-Lopez, and each of them, acting within the course and scope of their employment and/or agency relationships with defendants TRDelivery, WRXpress, and the Amazon defendants, and each of them, and in furtherance of the business of said defendants, and each of them, were negligent *per se* by operating the Box Truck in violation of one or more of the following statutes and regulations:

a) ORS 811.035, which requires drivers to exercise ordinary care in relation to pedestrians;

b) ORS 811.100, which prohibits operating a vehicle upon a roadway if the person drives a vehicle upon a highway at a speed greater than is reasonable and prudent, having due regard to all the following:

   i) The traffic;
   ii) The surface and width of the highway;
   iii) The hazard at intersections;
   iv) Weather;
   v) Visibility;
   vi) Any other conditions then existing.



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

c) ORS 811.135, which prohibits a person driving a vehicle on a highway in a manner that endangers or would likely endanger any person or property;

d) ORS 811.140, which prohibits driving a vehicle recklessly in a manner that endangers the safety of persons or property;

e) ORS 811.705(1)(a), which requires a driver of a vehicle who knows or has reason to believe that the driver's vehicle was involved in a collision to immediately stop at the scene of the collision or as close to the scene of the collision as possible and to reasonably investigate what the driver's vehicle struck;

f) 49 C.F.R. § 390.3T, which requires all drivers and employers to know and comply with all applicable regulations;

g) 49 C.F.R. § 392.2, which requires all commercial motor vehicles to be operated in accordance with the laws, ordinances, and regulations of the jurisdiction in which it is operated; and

h) 49 C.F.R. § 393.45(d), which requires all commercial motor vehicles to have brake-tubing and hose connections free of leaks, constrictions or other conditions which would adversely affect the performance of the brake system.

36.

Dayton Clarke was a member of the class of person the above statutes and regulations were enacted to protect, and his injuries and death were of the type that those statutes were enacted to prevent.

37.

At all material times, defendants Hernandez-Morales and Gonzalez-Lopez were acting within the course and scope of their employment and/or agency relationships with Defendants TRDelivery, WRXpress, and the Amazon defendants, and each of them, and in furtherance of the business of said defendants, and each of them. As such, defendants TRDelivery, WRXpress, and the Amazon defendants are each vicariously liable for the negligence *per se* of defendants Hernandez-Morales and Gonzalez-Lopez.

///



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

38.

The negligence *per se* by all defendants, in one or more of the particulars set forth above, was a substantial factor in causing the death of Dayton Clarke, and the Estate is entitled to damages on Count Two, as previously alleged in ¶¶25 through 31 of Count One of the First Claim for Relief.

**SECOND CLAIM FOR RELIEF**
**(Against Defendants TRDelivery, WRXpress, and the Amazon Defendants)**
**(Negligent Hiring, Training, and Supervision)**

39.

Plaintiff re-alleges and incorporates ¶¶1 through 33 of Count One of the First Claim for Relief, and ¶¶35 through 37 of Count Two of the First Claim for Relief, as if fully set forth herein.

40.

Between the time of the hiring of defendants Hernandez-Morales and Gonzalez-Lopez as employees and/or agents and the day of the incident, May 13, 2023, defendants TRDelivery and WRXpress, and the Amazon defendants, and each of them, were negligent in their hiring of defendants Hernandez-Morales and Gonzalez-Lopez by failing to recognize the then-existing history of traffic violations by drivers employed by defendants TRDelivery and WRXpress, in general, and defendants Gonzalez-Lopez and Hernandez-Morales, in particular.

41.

In addition, defendants TRDelivery, WRXpress, and the Amazon defendants, and each of them, were negligent in their hiring of defendants Hernandez-Morales and Gonzalez-Lopez by failing to consider Hernandez-Morales and Gonzalez-Lopez's lack of qualifications, experience, and/or training in operating commercial motor vehicles in general, and the Box Truck in particular.

42.

Between the time of the hiring of defendants Hernandez-Morales and Gonzalez-Lopez as employees and/or agents and the day of the incident, May 13, 2023, defendants TRDelivery, WRXpress, and the Amazon defendants were negligent in their training of defendants Hernandez-Morales and Gonzalez-Lopez in one or more of the following particulars:



SMITH FOSTER KING LLC
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

a) In failing to provide any or adequate instruction that box trucks are usually heavier, longer and require more driving skill than non-commercial motor vehicles;

b) In failing to adequately train defendants Hernandez-Morales and Gonzalez-Lopez to ensure they knew the applicable Oregon Department of Transportation ("ODOT") Rules and Regulations regarding the operation of commercial motor vehicles in and about the highways of the state of Oregon;

c) In failing to adequately train defendants Hernandez-Morales and Gonzalez-Lopez to ensure they were capable and skilled commercial truck drivers;

d) In failing to provide any or adequate instruction in basic areas of truck-driving safety principles such as "AIM HIGH IN STEERING," "GET THE BIG PICTURE," "KEEP YOUR EYES MOVING," and "LEAVE YOURSELF AN OUT";

e) In failing to train defendants Hernandez-Morales and Gonzalez-Lopez about the importance of avoiding distracted driving;

f) In failing to instruct drivers about appropriate stopping distances and safe speeds;

g) In failing to instruct drivers about recognizing and responding to hazards in the roadway.

43.

Between the time of the hiring of defendants Hernandez-Morales and Gonzalez-Lopez as employees and/or agents and the day of the incident, May 13, 2023, defendants TRDelivery, WRXpress, and the Amazon defendants, and each of them, were negligent in their supervision of defendants Hernandez-Morales and Gonzalez-Lopez in one or more of the following particulars:

a) In failing to adequately supervise defendants Hernandez-Morales and Gonzalez-Lopez to ensure they knew the applicable ODOT Rules and Regulations regarding the operation of commercial motor vehicles in and about the highways of the state of Oregon;

b) In failing to adequately supervise defendants Hernandez-Morales and Gonzalez-Lopez to ensure they were capable and skilled commercial truck drivers.



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

44.

The negligence of defendants TRDelivery, WRXpress, and the Amazon defendants, and each of them, in one or more of the particulars set forth above, was a substantial factor in causing the death of Dayton Clarke, and the Estate is entitled to damages on the Second Claim for Relief as set forth in ¶¶25 through 31 of Count One of the First Claim for Relief.

**THIRD CLAIM FOR RELIEF**
**(Against the Amazon Defendants)**
**(Negligence)**

45.

Plaintiff re-alleges and incorporates ¶¶1 through 33 of Count One of the First Claim for Relief, ¶¶35 through 37 of Count Two of the First Claim for Relief, and ¶¶40 through 43 of the Second Claim for Relief, as if fully set forth herein.

46.

At all material times, the Amazon defendants owed a duty to the general public, and to Dayton Clarke, in particular, to exercise reasonable care in their logistics operations, including the selection, direction, routing, scheduling, and oversight of commercial drivers and vehicles involved in delivering the Amazon defendants' goods.

47.

In addition to being vicariously liable for the conduct of defendants Hernandez-Morales and Gonzalez-Lopez, the Amazon defendants were directly negligent in one or more of the following particulars:

a) In failing to implement or enforce policies and procedures to ensure that commercial drivers complied with federal, state, and local safety regulations;

b) In failing to monitor or supervise the operational safety of their logistics network concerning drivers and vehicles;

c) In failing to account for the conditions then and there existing, such that drivers were pressured or inadequately instructed regarding safe driving principles and practices;



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

d) In incentivizing parties with no or inadequate experience, training, or qualifications to operate motor carriers without a reasonable inquiry into the safety of those motor carriers;

e) In failing to remedy known deficiencies in the then-existing procedures used in screening motor carriers for risks;

\

f) In unreasonably controlling scheduling and/or routing in a manner that created a foreseeable risk of harm to other motorists and pedestrians, in general, and Dayton Clarke, in particular.

48.

The negligence by the Amazon defendants, in one or more of the particulars set forth above, was a substantial factor in causing the death of Dayton Clarke, and the Estate is entitled to damages on the Third Claim for Relief as set forth in ¶¶25 through 31 of Count One of the First Claim.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

WHEREFORE, plaintiff prays for judgment against defendants, and each of them, in the sum of $68,519,510.00; for pre-judgment interest at the legal rate of 9% per annum on the Estate's economically verifiable losses from the date of loss to the date of entry of judgment herein; for the Estate's costs and disbursements incurred herein; and for such other relief as the court deems just and equitable.

DATED this 8th day of January, 2026.

J. Randolph Pickett, OSB #721974
randy@pdw.legal
Kimberly O. Weingart, OSB #091407
kim@pdw.legal
Kyle T. Sharp, OSB #204886
kyle@pdw.legal
Samantha N. Stanfill, OSB #234143
samantha@pdw.legal
Mayra Ledesma, OSB #183942
mayra@pdw.legal
Juliana B. Minn, OSB #195746
juliana@pdw.legal
Hannah J. Shilling, OSB #234095
hannah@pdw.legal
PICKETT DUMMIGAN WEINGART LLP

**s/ Anne D. Foster**
Anne D. Foster, OSB #993152
afoster@sfklegal.com
Samuel T. Smith, OSB #084772
ssmith@sfklegal.com
Jaimee R. King, OSB #146042
jking@sfklegal.com
Matthew A. Clarkson, OSB #244866
mclarkson@sfklegal.com
SMITH FOSTER KING LLC

of Attorneys for Plaintiff



**SMITH FOSTER KING LLC**
330 N.W. Yeon Avenue, Suite 240
Portland, OR 97210
(503) 567-7006

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

1/23/2026 10:55 AM
26CV01034

CERTIFIED TRUE COPY

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| WAYNE CLARKE, Personal Representative of the Estate of DAYTON CLARKE, Deceased,<br><br>*Plaintiff,*<br><br>v.<br><br>AMAZON.COM, INC., a Foreign Corporation; AMAZON.COM SERVICES LLC, a Foreign Limited Liability Company; AMAZON LOGISTICS, INC., a Foreign Corporation; LEONEL HERNANDEZ-MORALES, a Resident of Oregon; ABEL GONZALEZ-LOPEZ, a Resident of Nevada; TR DELIVERY LLC, a Foreign Limited Liability Company; and WRXPRESS LLC, a Foreign Limited Liability Company,<br><br>*Defendants.* | Case No. **26CV01034**<br><br>DECLARATION OF MITCH WIRTH IN SUPPORT OF SERVICE UPON LEONEL HERNANDEZ-MORALES PURSUANT TO ORCP 7D(4) |

STATE OF OREGON } ss.
County of Multnomah }

I, Mitch Wirth, declare as follows:

1. I am a professional process server and am a competent person 21 years of age or older, a resident of the state of Oregon, and that I am not a party to nor an officer, director or employee of, nor an attorney for any party, corporate or otherwise, in the within named action.

2. On Saturday, January 10, 2026 at 12:25 p.m., I attempted personal, substituted and/or office service of a true copy of the *Summons* and *Complaint* upon defendant Leonel Hernandez-Morales at 11887 SW Allen Boulevard, Beaverton, Oregon 97005. This address is a an apartment unit. Each unit has a unique street number. I received no answer at the front door.

3. On Sunday, January 11, 2026 at 6:55 p.m., I returned to 11887 SW Allen Boulevard, Beaverton, OR. The interior lights were on. I received no answer at the front door.



NATIONWIDE PROCESS SERVICE, INC.
315 W Mill Plain Blvd., Suite 206
Vancouver, WA 98660
(503) 241-0636

4. On January 12, 2026 at 8:00 p.m., I returned to 11887 SW Allen Boulevard, Beaverton, Oregon 97005. The lights were on inside this apartment unit. I received no answer at the front door.

5. On January 13, 2026 at 12:45 p.m., I returned to 11887 SW Allen Boulevard, Beaverton, Oregon 97005. The lights were on inside this apartment unit. I received no answer at the front door.

6. On January 14, 2026 at 6:50 p.m., I returned to 11887 SW Allen Boulevard, Beaverton, Oregon 97005. I was greeted by an adult male occupant who told me that his name is "Ruben" and that he just recently moved into this apartment. He added that he does not know and has never heard of Leonel Hernandez-Moralez.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated this 21st day of January, 2026.

[signature]

Mitch Wirth (5416.374060)



NATIONWIDE PROCESS SERVICE, INC.
315 W Mill Plain Blvd., Suite 206
Vancouver, WA 98660
(503) 241-0636

1/23/2026 10:55 AM
26CV01034

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

WAYNE CLARKE, Personal Representative of the Estate of DAYTON CLARKE, Deceased,

*Plaintiff,*

v.

AMAZON.COM, INC., a Foreign Corporation; AMAZON.COM SERVICES LLC, a Foreign Limited Liability Company; AMAZON LOGISTICS, INC., a Foreign Corporation; LEONEL HERNANDEZ-MORALES, a Resident of Oregon; ABEL GONZALEZ-LOPEZ, a Resident of Nevada; TR DELIVERY LLC, a Foreign Limited Liability Company; and WRXPRESS LLC, a Foreign Limited Liability Company,

*Defendants.*

Case No. **26CV01034**

DECLARATION OF SERVICE

*Evidence of Returned Mail Made to and Perfected Service Upon*
**LEONEL HERNANDEZ-MORALES**
*Pursuant to ORCP 7D(4)*

STATE OF OREGON )
County of Washington ) ss.

I, Aaron J. Crowe, declare as follows:

1. I am employed by Nationwide Process Service, Inc.

2. I am a competent person 21 years of age or older, a resident of the State of Oregon and that I am not a party to nor an officer, director or employee of, nor an attorney for any party, corporate or otherwise, in the within named action.

3. On January 15, 2026, the Oregon Department of Transportation, Driver and Motor Vehicle Services Division ("ODOT-DMV") informed me that an ODOT-DMV record exists for Leonel Hernandez Morales, born 4/xx/1993 [day truncated for privacy in a public record], as #xxx5186 [truncated for privacy in a public record]. The current residence address reflected in the ODOT-DMV record for the defendant is 11887 SW Allen Blvd, Beaverton, OR 97005-4804



NATIONWIDE PROCESS SERVICE, INC.
315 W Mill Plain Blvd., Suite 206
Vancouver, WA 98660
(503) 241-0636

("ODOT-DMV Address"). ODOT-DMV personnel indicated to me that a separate mailing address does not exist in the ODOT-DMV record for the defendant.

4. On January 16, 2026, postage pre-prepaid mailings by both First Class Mail and also by Certified Mail – RESTRICTED DELIVERY – Return Receipt Requested, were made to the defendant, pursuant to ORCP 7D(4). Each of these mailings contained a true copy of the *Summons* and *Complaint* were addressed to the defendant, as follows:

***Certified Mail Article # 9589 0710 5270 3377 3200 51***

LEONEL HERNANDEZ MORALES
11887 SW ALLEN BLVD
BEAVERTON, OR 97005-4804

***Certified Mail Article # 9589 0710 5270 3377 3200 44***

LEONEL HERNANDEZ MORALES
11887 SW ALLEN BLVD, Apt. 8
BEAVERTON, OR 97005

5. A true copy of the Certified Mail Receipts in connection with the aforementioned restricted Certified Mail is attached hereto and incorporated herein as Exhibit "A."

6. Prior to the aforementioned mailings, effort was made in-person to effect personal, substituted and/or office service upon the defendant by a primary service method at defendant's ODOT-DMV Address, which establishes prerequisite in-person attempt pursuant to ORCP 7D(4)(a)(i).

7. On January 18, 2026, postage pre-prepaid mailings by both First-Class Mail and also by Certified Mail – Return Receipt Requested, were made to the defendant. Each of these mailings contained a true copy of the *Summons* and *Complaint* and was addressed to the defendant, as follows:

/ / /



NATIONWIDE PROCESS SERVICE, INC.
315 W Mill Plain Blvd., Suite 206
Vancouver, WA 98660
(503) 241-0636

***Certified Mail Article # 9589 0710 5270 3377 3200 68***

LEONEL HERNANDEZ MORALES
c/o T.R. DELIVERY LLC
201 NE 98th AVE
VANCOUVER, WA 98664

8. A true copy of the Certified Mail Receipt in connection with the aforementioned unrestricted Certified Mail is attached hereto and incorporated herein as Exhibit "B."

9. The aforementioned mailings, made pursuant to ORCP 7D(4)(a)(i), included all addresses referenced under ORCP 7D(4)(a)(i), sections (A), (B) and (C). At the time of the mailings, no other address information was known for the defendant.

10. As of January 22, 2026, no other mail in connection with the aforementioned mailings has been returned to me by the United States Postal Service.

11. In perfecting service upon defendant Leonel Hernandez Morales pursuant to ORCP 7D(4), I certify that I complied with each and every provision of this rule.

12. This declaration completes and reflects perfected service of the *Summons* and *Complaint* upon defendant **LEONEL HERNANDEZ-MORALES** pursuant to ORCP 7D(4) with an effective date of perfected service on **January 15, 2026**, as calculated pursuant ORCP 7D(4)(a)(i)(C).

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated this 22nd day of January, 2026.

Aaron J. Crowe (5416.374060)



NATIONWIDE PROCESS SERVICE, INC.
315 W Mill Plain Blvd., Suite 206
Vancouver, WA 98660
(503) 241-0636

9589 0710 5270 3377 3200 51

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Beaverton, OR 97005

OFFICIAL USE

Certified Mail Fee $ $4.60

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $13.70
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $ $2.77

Total Postage and Fees $ $20.8

0361
57

Postmark Here

USPS JAN 16 2026 DOWNTOWN STATION

Sent To
LEONEL HERNANDEZ MORALES
Street and Apt. No.
11887 SW ALLEN BLVD
City, State, ZIP+4®
BEAVERTON, OR 97005-4804

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3377 3200 44

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Beaverton, OR 97005

OFFICIAL USE

Certified Mail Fee $ $4.60

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $13.70
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $ $2.77

Total Postage and Fees $ $20.8

0361
57

Postmark Here

USPS JAN 16 2026 DOWNTOWN STATION

01/16/2026

Sent To
LEONEL HERNANDEZ MORALES
Street and Apt. No.
11887 SW ALLEN BLVD, Apt. 8
City, State, ZIP+4®
BEAVERTON, OR 97005

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

TRUE COPY

*Exhibit* – " A "

9589 0710 5270 3377 3200 68

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Vancouver, WA 98
OFFICIAL USE

Certified Mail Fee $ $5.30

Extra Services & Fees *(check box, add fee as appropriate)* $4.40
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $ $2.72

Total P $ $12.42

Postmark Here
0361
52
USPS VANCOUVER DOWNTOWN STATION
JAN 6 2026

Sent To LEONEL HERNANDEZ MORALES
c/o T.R. DELIVERY LLC
Street 201 NE 98th AVE
City, St VANCOUVER, WA 98664

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

TRUE COPY

*Exhibit* – " B "

# In the Circuit Court of the State of Oregon

## For the County of Multnomah

| | |
|---|---|
| WAYNE CLARKE, Personal Representative of the Estate of **DAYTON CLARKE**, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>**AMAZON.COM, INC.**, a Foreign Corporation; **AMAZON.COM SERVICES LLC**, a Foreign Limited Liability Company; **AMAZON LOGISTICS, INC.**, a Foreign Corporation; **LEONEL HERNANDEZ-MORALES**, a Resident of Oregon; **ABEL GONZALEZ-LOPEZ**, a Resident of Nevada; **TR DELIVERY LLC**, a Foreign Limited Liability Company; and **WRXPRESS LLC**, a Foreign Limited Liability Company,<br><br>Defendants. | Case No. 26CV01034<br><br>**SUMMONS** |

**To: Leonel Hernandez-Morales**
**11887 S.W. Allen Boulevard**
**Beaverton, OR 97005**

**You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.**

## NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

**You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.**

**If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.**

SIGNATURE OF ATTORNEY

J. Randolph Pickett, OSB #721974
PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
Telephone: (503) 226-3628

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.**

ATTORNEY FOR PLAINTIFF

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

WAYNE CLARKE, Personal Representative of the Estate of DAYTON CLARKE, Deceased,

Plaintiff,

vs.

AMAZON.COM, INC., a Foreign Corporation; AMAZON.COM SERVICES LLC, a Foreign Limited Liability Company; AMAZON LOGISTICS, INC., a Foreign Corporation; LEONEL HERNANDEZMORALES, a Resident of Oregon; ABEL GONZALEZ-LOPEZ, a Resident of Nevada; TR DELIVERY LLC, a Foreign Limited Liability Company; and WRXPRESS LLC, a Foreign Limited Liability Company,

Defendant.

_________________________________________/

Case No. **26CV01034**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Marion ss.

I, Julie J. Field, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons; Complaint*

CORPORATE SERVICE - Pursuant to ORCP 7D(3):

Upon **Amazon Logistics, Inc**, by personal service upon Christina Hammock, the clerk on duty in the office of the registered agent, Corporation Service Company, 1127 Broadway Street, N.E., , Suite 310, Salem, OR 97301 on January 29, 2026 at 1:15 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this 30th day of Jan, 2026.

X Julie J. Field
Julie J. Field
Nationwide Process Service, Inc.
315 W Mill Plain Blvd, Ste. 206
Vancouver, WA 98660
503-241-0636

*374221*

# In the Circuit Court of the State of Oregon

## For the County of Multnomah

| | |
|---|---|
| WAYNE CLARKE, Personal Representative of the Estate of **DAYTON CLARKE**, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>**AMAZON.COM, INC.**, a Foreign Corporation; **AMAZON.COM SERVICES LLC**, a Foreign Limited Liability Company; **AMAZON LOGISTICS, INC.**, a Foreign Corporation; **LEONEL HERNANDEZ-MORALES**, a Resident of Oregon; **ABEL GONZALEZ-LOPEZ**, a Resident of Nevada; **TR DELIVERY LLC**, a Foreign Limited Liability Company; and **WRXPRESS LLC**, a Foreign Limited Liability Company,<br><br>Defendants. | Case No. 26CV01034<br><br>**SUMMONS** |

**To:** **Amazon Logistics, Inc.**
**R/A Corporation Service Company**
**1127 Broadway Street, N.E., , Suite 310**
**Salem, OR 97301**

**You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.**

## NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

**You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.**

**If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.**

SIGNATURE OF ATTORNEY

J. Randolph Pickett, OSB #721974
PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
Telephone: (503) 226-3628

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.**

ATTORNEY FOR PLAINTIFF

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

WAYNE CLARKE, Personal Representative of the Estate of DAYTON CLARKE, Deceased,

Plaintiff,

vs.

AMAZON.COM, INC., a Foreign Corporation; AMAZON.COM SERVICES LLC, a Foreign Limited Liability Company; AMAZON LOGISTICS, INC., a Foreign Corporation; LEONEL HERNANDEZMORALES, a Resident of Oregon; ABEL GONZALEZ-LOPEZ, a Resident of Nevada; TR DELIVERY LLC, a Foreign Limited Liability Company; and WRXPRESS LLC, a Foreign Limited Liability Company,

Defendant.

______________________________________/

Case No. **26CV01034**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Marion ss.

I, Julie J. Field, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons; Complaint*

CORPORATE SERVICE - Pursuant to ORCP 7D(3):

Upon **Amazon.com Services LLC**, by personal service upon Christina Hammock, the clerk on duty in the office of the registered agent, Corporation Service Company, 1127 Broadway Street, N.E., , Suite 310, Salem, OR 97301 on January 29, 2026 at 1:15 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this 30th day of Jan, 20 26

*374220*

X [signature]
Julie J. Field
Nationwide Process Service, Inc.
315 W Mill Plain Blvd, Ste. 206
Vancouver, WA 98660
503-241-0636

# In the Circuit Court of the State of Oregon

## For the County of Multnomah

WAYNE CLARKE, Personal Representative of the Estate of **DAYTON CLARKE**, Deceased,

Plaintiff,

v.

**AMAZON.COM, INC.**, a Foreign Corporation; **AMAZON.COM SERVICES LLC**, a Foreign Limited Liability Company; **AMAZON LOGISTICS, INC.**, a Foreign Corporation; **LEONEL HERNANDEZ-MORALES**, a Resident of Oregon; **ABEL GONZALEZ-LOPEZ**, a Resident of Nevada; **TR DELIVERY LLC**, a Foreign Limited Liability Company; and **WRXPRESS LLC**, a Foreign Limited Liability Company,

Defendants.

Case No. 26CV01034

**SUMMONS**

**To: Amazon.com Services LLC**
**R/A Corporation Service Company**
**1127 Broadway Street, N.E., , Suite 310**
**Salem, OR 97301**

**You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.**

## NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

**You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.**

**If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.**

SIGNATURE OF ATTORNEY

J. Randolph Pickett, OSB #721974
PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
Telephone: (503) 226-3628

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.**

ATTORNEY FOR PLAINTIFF